**BUSH GOTTLIEB, A Law Corporation**
JULIE GUTMAN DICKINSON (SBN 148267)
*jgutmandickinson@bushgottlieb.com*
JASON WOJCIECHOWSKI (SBN 263911)
*jasonw@bushgottlieb.com*
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Counsel for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature line]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI CHIN and TERESA PRECIADO on behalf of themselves, and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br>EVERGREEN FREEDOM FOUNDATION,<br>　　　　　　Defendant | CASE NO. 5:24-CV-01473-AH-SHKx<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Anne Hwang |

　　　COME NOW, Plaintiffs Levi Chin and Teresa Preciado ("Plaintiffs") and Defendant Evergreen Freedom Foundation ("Defendant") (collectively the "Parties"), by and through undersigned counsel, hereby file this joint status report in follow up to the joint status report filed on November 10, 2025 (Dkt. 61).

　　　As represented in the prior report, the Parties have agreed to focus on settlement and defer other activity in this case until after the completion of mediation, including: (1) resumption of the Parties' Rule 26(f) conference and submission of a Rule 26(f) report; (2) Defendant's position that the court lacks subject matter jurisdiction (for a reason not previously briefed in this court) and motion practice related thereto; (3) the deadline for Defendant to file its Answer;

1
JOINT STATUS REPORT

and (4) Defendant's deadline for responding to Plaintiffs' outstanding discovery requests.

   To this end, the Parties have scheduled a mediation for January 29, 2026 with the Honorable Morton Denlow (Ret.), who is very experienced in mediating class actions. The Parties have agreed to exchange certain information to facilitate mediation.

   The Parties will file a post-mediation joint status report by February 6, 2026.

DATED: December 10, 2025   Respectfully submitted,

             */s/ Julie Gutman Dickinson*
Julie Gutman Dickinson
**BUSH GOTTLIEB, A Law Corporation**
JULIE GUTMAN DICKINSON
*jgutmandickinson@bushgottlieb.com*
JASON WOJCIECHOWSKI (SBN 263911)
*jasonw@bushgottlieb.com*
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*s/ Ronald A. Marron*
Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvoocates.com*
ALEXIS M. WOOD
*alexis@consumersadvocates.com*
KAS L. GALLUCCI
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006

|   |   |
|---|---|
| 1 | *s/ Joey P. Leniski, Jr.* |
| 2 | Joey P. Leniski, Jr. (TN Bar No. 22891) |
|   | **HERZFELD, SUETHOLZ, GASTEL,** |
| 3 | **LENISKI, and WALL PLLC** |
| 4 | JOEY P. LENISKI, JR. |
|   | *joey@hsglawgroup.com* |
| 5 | 1920 Adelicia Street, Suite 300 |
| 6 | Nashville, Tennessee 37212 |
|   | Telephone: (615) 800-6225 |
| 7 | *(Pro Hac Vice Admitted)* |

*Counsel for Plaintiffs*

*s/ Shella Alcabes*
Shella Alcabes, Cal Bar No. 267551
*salcabes@freedomfoundation.com*
Ravi Prasad, Cal Bar 355175
*rprasad@freedomfoundation.com*
Freedom Foundation
P.O. Box 552
Olympia, WA 98507
Telephone: (360) 956-3482

 *s/ Phillip J. Eskenazi*
Phillip J. Eskenazi
**BAKER & HOSTETLER LLP**
PHILLIP J. ESKENAZI
*peskenazi@bakerlaw.com*
ALEX E. SPJUTE
*aspjute@bakerlaw.com*
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: (310) 820-8800

*Counsel for Defendant*

The filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.